

mwe.com

Ethan H. Townsend
etownsend@mwe.com
+1 302 485 3911

January 9, 2020

**VIA E-FILING**

The Honorable Colm F. Connolly
U.S. District Court for the District of Delaware
844 North King Street
Wilmington, DE 19801

Re: *Blackboard Inc. v. Uniloc 2017 LLC*, C.A. #19-2073-CFC

Dear Judge Connolly:

We write on behalf of the plaintiff Blackboard, Inc., and in response to the defendant Uniloc 2017 LLC's Motion to Stay the Case and Defer the Rule 16 Conference Pending Resolution of Motion to Substitute in First-Filed Action (the "Motion") filed yesterday, January 7, 2020 (D.I. 15). Uniloc 2017's request to adjourn the Rule 16 conference is made at the 11th hour, less than 48 hours before the parties draft scheduling order is due to the Court.

Uniloc 2017's basis for adjourning the Rule 16 conference is the merits of its Motion, which will not be fully briefed for weeks. To that end, Blackboard will oppose that Motion and file its opposition brief in accordance with the Court's local rules. Briefing on the Motion should not, however, delay the Court proceeding with setting a case schedule as planned on January 14, 2020. The Court should accordingly not adjourn the Rule 16 Conference.

We are available at the Court's convenience.

Respectfully,

/s/ *Ethan H. Townsend*

Ethan H. Townsend (#5813)

EHT/dar
cc: All Counsel of Record



1007 North Orange Street 4th Floor   Wilmington DE 19801   Tel +1 302 485 3900   Fax +1 302 351 8711

*US practice conducted through McDermott Will & Emery LLP.*